IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS (Chicago)

| | |
|---|---|
| In re the matter of: | CASE NO. 09-22508 |
| | CHAPTER 7 |
| GEORGE T GIBSON | |
| KIM J GIBSON | JUDGE JOHN H. SQUIRES |
| Debtors. | |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming on to be heard on the motion of BRANCH BANKING & TRUST COMPANY to modify the restraining provisions of § 362 of the Bankruptcy Code, and due notice having been given, and the Court being otherwise advised in the premises, It is hereby ordered:

1. That the restraining provisions of § 362 of the Bankruptcy Code are hereby modified to permit BRANCH BANKING & TRUST COMPANY, or its assigns, to foreclose its security interest on its note and mortgage on the certain real property described as follows:

> Located in the Third (3rd) Civil District of Roane County, Tennessee and within the corporate limits of the City of Oak Ridge, Tennessee, and more particularly described as follows:
>
> Being known and designated as LOT 287, SECTION TWO, PHASE THREE, RARITY RIDGE SUBDIVISION, as shown on plat of record in Plat Cabinet D, Slides 16, and 17, to which specific reference is made for more particular description.
>
> This property is subject to all reservations, easements, restrictions and covenants of record including, but not limited to, those contained in Deed Book X-21, page 193; Deed Book X-21, page 233; Deed Book X-21, page 863; Book 1073, page 63; Book 1016, page 670; in the Register's Office for Roane County, Tennessee, as may be supplemented and amended from time to time, including without limitation, mandatory membership in the Association, as referenced therein, and mandatory social membership in the Rarity Ridge Club, Inc.
>
> The above-described property is adjacent to the Oak Ridge Reservation, which has been identified as a National Priority List Site under the Comprehensive Environmental Response, Compensation, and Liability Act

of 1980, as amended (CERCLA), as set forth in Section Five (5) of Deed Book W-21, page 863, Roane County Register of Deeds.

**Being the same property conveyed to Grantors by Deed of record in Deed Book 1152, page 911, Register's Office for Roane County, Tennessee.**

2. Bankruptcy rule 4001(a)(3) is waived and not applicable; and

3. That this creditor shall be allowed to amend its claim to an unsecured claim upon the sale of the collateral.

ENTER:

Dated: __AUG - 7 2009__

BANKRUPTCY JUDGE

Amy A. Aronson
ARONSON & WALSH, P.C.
P.O. Box 5907
Vernon Hills, IL 60061
847.247.1810
Attorneys for Branch Banking & Trust Company

PREVAILING PARTY SHALL FORTHWITH SERVE A COPY OF THIS ORDER ON THE DEBTOR(S) AND ALL PARTIES ENTITLED TO NOTICE.